1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN G. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant Galia-Rodriguez
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR-09-0082 MHP
                                )
12                 Plaintiff,   )  [PROPOSED] STIPULATED ORDER
                                )  CONTINUING SENTENCING HEARING
13 vs.                          )
                                )  **Current Sentencing Date: April 20, 2009**
14 LEVIN DAVID GALIA-RODRIGUEZ, )  Time:      9:00 a.m.
                                )  Judge:     Hon. Marilyn Hall Patel
15                 Defendant.   )
                                )  **Proposed Sentencing Date: May 18, 2009**
16 _____  )  Time:      9:00 a.m.
                                   Judge:     Hon. Marilyn Hall Patel
17

18     The above-captioned case is currently scheduled for sentencing on Monday, April

19 20, 2009 at 9:00 a.m.  Undersigned counsel for Mr. Galia-Rodriguez respectfully requests

20 that the Court reschedule the sentencing date to May 4, 2009 at 9:00 a.m.  Counsel is

21 scheduled to try the case of *United States v. Donehue*, CR-07-0380 SI before Judge Susan

22 Illston beginning on April 13, 2009.  Although initially scheduled for one week, the

23 Government stated at the pre-trial conference on March 31, 2009 and in its pretrial

24 filings, that it anticipates that the trial will take seven court days, up to and including

25 April 22, 2009.  Undersigned counsel for Mr. Galia-Rodriguez has a conflict with April

26
   [PROPOSED] STIPULATED ORDER
   CONTINUING SENTENCING
   CR 09-0082 MHP                      1

1  27, 2009, the Court is not available for another sentencing on May 4, 2009, and the
2  probation officer is unavailable on May 11, 2009.  Accordingly, the parties and probation
3  officer jointly request that the sentencing be re-scheduled for May 18, 2009.
4       This request is made in conformity with Criminal Local Rule 32-2(a).  As of this
5  date, the probation officer has not yet filed the presentence report.  *See* Crim. L.R. 32-
6  2(a).  Counsel represents that good cause for the change has been established as set forth
7  above.  *See id.* (a)(1).  Counsel for Mr. Galia-Rodriguez has conferred with counsel for
8  the Government and the probation officer, both of whom have confirmed their availability
9  on the proposed date.  *See id.* (a)(2).  On April 3, 2009, counsel for Mr. Galia-Rodriguez
10 conferred with the Courtroom Deputy Clerk and confirmed the Court's availability.  *See*
11 *id.* (a)(3).  A proposed order is attached below.  *See id.* (a)(4).
12      Counsel for Mr. Galia-Rodriguez respectfully requests that the date for sentencing
13 in this case be continued until Monday, May 18, 2009 at 9:00 a.m.
14
15 IT IS SO STIPULATED.
16

17  _April 7, 2009_                                     _____/s/_____
18  DATED                                              JOSEPH P. RUSSONIELLO
                                                       United States Attorney
19                                                     Northern District of California
                                                       DARYL EREMIN
20                                                     Special Assistant United States Attorney

21
     _April 7, 2009_                                   _____/s/_____
22  DATED                                              LOREN STEWART
23                                                     Assistant Federal Public Defender
                                                       Attorney for Levin David Galia-Rodriguez
24
25
26
    [PROPOSED] STIPULATED ORDER
    CONTINUING SENTENCING
    CR 09-0082 MHP                                      2

1   For good cause shown and in accordance with Criminal Local Rule 32-2(a), the
2   sentencing now scheduled for Monday, April 20, 2009 is vacated.  The matter shall be
3   added to the Court's calendar on Monday, May 18, 2009 at 9:00 a.m. for sentencing.
4
5   IT IS SO ORDERED.

8    _4/7/2009_____           _____
      DATED                     HON. 
9                               United States District Judge
                                Judge Marilyn H. Patel

[PROPOSED] STIPULATED ORDER
CONTINUING SENTENCING
CR 09-0082 MHP                                      3